THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ONE TWIN-SIX PACKARD CAR, MOTOR No. 163,233, and Others, Appellants.— Orders reversed and motions granted, on the ground that the respondent did not make a return in compliance with the provisions of section 802-b, subdivision 2, of the Code of Criminal Procedure,* and upon the authority of *People* v. *Diamond* (233 N. Y. 130). All concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE UNITED HOTELS COMPANY OF AMERICA, Relator, v. STATE TAX COMMISSION OF THE STATE OF NEW YORK and Others, Respondents.— Determination annulled as to the taxes imposed under sections 181 and 182 of the Tax Law,† upon the authority of *People ex rel. Manila El. R. R. & L. Corp.* v. *Knapp* (229 N. Y. 502); as to a tax imposed under article 9-A, section 209,‡ because as a holding corporation relator is exempt under section 210 of the Tax Law;‡ with fifty dollars costs and disbursements.

Before STATE INDUSTRIAL BOARD, Respondent. LIVINIA REAVILL, Wife, Respondent, v. ROYAL BAKING POWDER COMPANY and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. HARRIET E. RICHARDS, Respondent, v. BOOTH & FLINN, LTD., Appellant.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. JOHN S. STANFORD, Appellant, v. GEORGE N. REINHARDT & COMPANY and Another, Respondents.— Award unanimously affirmed, without costs.

Before STATE INDUSTRIAL BOARD, Respondent. ISAAC SATZ, Respondent, v. JOSEPH SCHEER and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

F. A. WATERS, JR., Co., INC., Appellant, v. FRANCIS A. WATERS, JR., Respondent.— Judgment and order reversed on the law, and new trial granted, with costs to the appellant to abide the event, upon the authority of *Conkling* v. *Weatherwax* (181 N. Y. 258, 269); *Dowling* v. *Hastings* (211 id. 199); *Heilbronn* v. *Herzog* (165 id. 98, 100, 101). All concur, H. T. Kellogg, J., in the result.

GEORGE M. H. BREES, as Administrator, etc., of DOROTHEA MAE BREES, Deceased, Respondent, v. SCHENECTADY RAILWAY COMPANY, Appellant.— Motion denied.

Before STATE INDUSTRIAL BOARD, Respondent. FRED CARPANELLI, Respondent, v. STONE & WEBSTER, INC., and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

---

* Added by Laws of 1921, chap. 156, known as the State Prohibition Enforcement Act. It was revised from section 33 of the former Liquor Tax Law (as amd. by Laws of 1920, chap. 911; repd. by Laws of 1921, chap. 155), which repealing act is also known as the State Prohibition Act. Both of said acts have been since repealed by Laws of 1923, chap. 871.— [REP.

† Respectively amd. by Laws of 1917, chap. 490, and Laws of 1916, chap. 333, then in force.— [REP.

‡ Added by Laws of 1917, chap. 726, as respectively amd. by Laws of 1918, chaps. 276, 417, then in force. See, also, Laws of 1919, chap. 628.— [REP.